IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>BEQUET CONFECTIONS LLC,<br><br>        Defendant. | Civil Action No. 1:25-cv-00297-JPH-MG<br><br>The court acknowledges the Notice of Dismissal, Dkt. [8]. The Clerk is DIRECTED to close this case on the docket.<br>JPH 3/26/2025.<br>Distribution via ECF. |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Jeffrey Martinez filed the above-referenced case against Defendant Bequet Confections, on February 13, 2025.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: March 24, 2025              Respectfully Submitted,

                                   */s/ Benjamin Sweet*
                                   Benjamin J. Sweet
                                   ben@nshmlaw.com
                                   **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                   101 Pennsylvania Boulevard, Suite 2
                                   Pittsburgh, PA 15228

                                   *Attorneys for Plaintiff*